1

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.

2

First Library Square
1114 Fremont Avenue

3

South Pasadena, CA 91030

4

Tel:  626-799-9797
Fax:  626-799-9795

5

TPRLAW@att.net

6

Attorneys for Plaintiff
J & J Sports Productions, Inc.

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

10

11

**J & J SPORTS PRODUCTIONS, INC.,**          **CASE NO. 11-01907-AWI-SMS**

12

                    **Plaintiff,**                    **PLAINTIFF'S *EX PARTE***
                                                    **APPLICATION FOR AN ORDER**

13

          **vs.**                                    **CONTINUING INITIAL SCHEDULING**
                                                    **CONFERENCE;**

14

**JEFFREY ALAN HATHCOCK, et al.**

15

                    **Defendant.**                    **ORDER**

16

17

18

        **TO  THE  HONORABLE  SANDRA  M.  SNYDER,  THE  PARTIES  AND  THEIR**

19

**ATTORNEY/S OF RECORD:**

20

        Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the

21

Initial Scheduling Conference in this action, presently set for Tuesday, February 28, 2012 at 10:00 a.m.

22

to a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by

23

the fact that the Defendants Jeffrey Alan Hathcock and Marlene Sue Hathcock have not yet answered

24

Plaintiff's Complaint (despite service of suit papers[1]).

25

26

        As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive

27

pleading from the defendants.  As a result, Plaintiff's counsel has not conferred with the defendants

28

---

[1] Please see ECF #5 and #6.

concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Initial Scheduling Conference Statement.

　　　　**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference presently scheduled for Tuesday, February 28, 2012 to a new date approximately thirty (30) to forty-five (45) days forward.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: February 15, 2012　　　　　　　*/s/ Thomas P. Riley*
　　　　　　　　　　　　　　　　　**LAW OFFICES OF THOMAS P. RILEY, P.C.**
　　　　　　　　　　　　　　　　　By: Thomas P. Riley
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the Initial Scheduling Conference in this civil action, *J & J Sports Productions, Inc. v. Jeffrey Alan Hathcock, et al*., Case No. 1:11-cv-01907-AWI-SMS, is CONTINUED from 2/28/12 @ 10:00 a.m. before Judge Snyder (SMS) to 4/17/12 @ 10:00 a.m. before Judge Snyder (SMS).  A Joint Scheduling Report, carefully prepared and executed by all parties, shall be e-filed in compliance with the requirements set forth in Exhibit "A" attached to the initial Order Setting Mandatory Scheduling Conference (Doc. 4) by 4/10/12.

IT IS FURTHER ORDERED that Plaintiff serve a copy of this Order on the Defendants and thereafter e-file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **February 16, 2012**                         **/s/ Sandra M. Snyder**
                                                                UNITED STATES MAGISTRATE JUDGE