1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7

8              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
9                   FRESNO DIVISION

10
   J & J SPORTS PRODUCTIONS, INC.,          CASE NO. 11-01907-AWI-SMS
11
                    Plaintiff,              PLAINTIFF'S *EX PARTE*
12                                          APPLICATION FOR AN ORDER
                                            CONTINUING INITIAL SCHEDULING
13      vs.                                 CONFERENCE;

14 JEFFREY ALAN HATHCOCK, et al.
                                            ORDER
15
                    Defendant.
16

17
18      TO THE HONORABLE SANDRA M. SNYDER, THE PARTIES AND THEIR
19 ATTORNEY/S OF RECORD:

20      Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the
21 Initial Scheduling Conference in this action, presently set for Tuesday, February 28, 2012 at 10:00 a.m.
22 to a new date approximately thirty (30) to forty-five (45) days forward. This request is necessitated by
23 the fact that the Defendants Jeffrey Alan Hathcock and Marlene Sue Hathcock have not yet answered
24 Plaintiff's Complaint (despite service of suit papers[1]).

25
26      As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive
27 pleading from the defendants. As a result, Plaintiff's counsel has not conferred with the defendants

28

_____
[1] Please see ECF #5 and #6.

concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Initial Scheduling Conference Statement.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference presently scheduled for Tuesday, February 28, 2012 to a new date approximately thirty (30) to forty-five (45) days forward.

Respectfully submitted,

Dated: February 15, 2012                    /s/ Thomas P. Riley
                                            **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                            By: Thomas P. Riley
                                            Attorneys for Plaintiff
                                            J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

### ORDER

IT IS HEREBY ORDERED that the Initial Scheduling Conference in this civil action, *J & J Sports Productions, Inc. v. Jeffrey Alan Hathcock, et al.*, Case No. 1:11-cv-01907-AWI-SMS, is CONTINUED from 2/28/12 @ 10:00 a.m. before Judge Snyder (SMS) to 4/17/12 @ 10:00 a.m. before Judge Snyder (SMS).  A Joint Scheduling Report, carefully prepared and executed by all parties, shall be e-filed in compliance with the requirements set forth in Exhibit "A" attached to the initial Order Setting Mandatory Scheduling Conference (Doc. 4) by 4/10/12.

IT IS FURTHER ORDERED that Plaintiff serve a copy of this Order on the Defendants and thereafter e-file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **February 16, 2012**                         **/s/ Sandra M. Snyder**
                                                                     UNITED STATES MAGISTRATE JUDGE